| | | | |
|---|---|---|---|
| **Reference** | Civil Manual | Criminal Manual | Barred Filers List |
| | Civil Events | Criminal Events | View Docket Sheet |

Basics

| | |
|---|---|
| Submitted by: | Richard Banke/VAED/04/USCOURTS |
| Subject: | MDL No. 2627, In Re: Lumber Liquidators Chinese-Manufactured Flooring Products Marketing, Sales Practices and Products Liability Litigation CTO-11 |

Dear Clerks of Court:

Attached is a certified copy of CTO-11 from the United States Judicial Panel on Multidistrict Litigation ordering the transfer of a case currently pending in your district (see list below).  Pursuant to this order this case must be transferred to the Eastern District of Virginia.

Please file the attached, certified copy of the Transfer Order in the affected cases, and close the case.

**Please transmit the record of this case to the Eastern District of Virginia using the CM /ECF Case Transfer utility .**  If you are unable to accomplish the transfer this way, please contact me at the number listed below.

If you have any questions, please feel free to contact me by email (richard_banke@vaed.uscourts.gov) or by phone (703-299-2179).

Sincerely,

Richard P. Banke
US District Court - EDVA
703-299-2179



CTO11.pdf

Eastern District of Louisiana
1. 2:16cv1763
2. 2:16cv1765
3. 2:16cv1766
4. 2:16cv1767
5. 2:16cv1768
6. 2:16cv1769

7. 2:16cv1792

Middle District of Louisiana
1. 3:16cv139
2. 3:13cv140

Western District of Louisiana
1. 6:16cv284
2. 6:16cv286

| | |
|---|---|
| Message: | |
| Processed By: | Janice LeBlanc on 03/21/2016 01:47 PM |
| Problem By: | on |
| Completed By: | on |
| Item Status: | ● Retrieved<br>○ Completed<br>○ Problem |
| Comments: | |
| Additional Attachments: | |

Advanced